UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

**ROBERTA DUPLANTIS**                              **CIVIL ACTION**
   Plaintiff

**VERSUS**                                          **No. 12-1506**

**NSB PROPERTIES, L.L.C., et al.**                  **Section "E"**
   Defendants

**ORDER & REASONS**

Before the Court is a motion for summary judgment against Plaintiff Roberta Duplantis filed by Defendants NSB Properties, LLC ("NSB") and its insurer Certain Underwriters at Lloyd's, London, which Plaintiff opposes.[1] In it, Defendants assert that they have no liability to Plaintiff because, under the lease agreement, the United States was solely responsible for the parking lot at issue and its condition. But there is a genuine issue of material fact whether the parties intended and understood the parking lot to be a "common or joint use . . . exterior area" that the contract required NSB to maintain.[2] For example, there is competent summary judgment evidence that NSB "has maintained the parking lot since the lease term commenced on June 6, 2000."[3] That evidence is also sufficient to create a genuine issue of material fact whether NSB "knew or should have

---

[1]   R. Docs. Nos. 29, 36.

[2]   R. Doc. No. 29-7, p. 11. ("During the continuance of the Lease, the Landlord is responsible for maintenance of, repairs to, and, if necessary, replacement of: a. All common or joint use interior and exterior areas and common or joint use equipment and systems that may be included as part of this lease."). Curiously, the parties do not also discuss the exclusion for "[a]ny water system or sewer system." *Id.*

[3]   R. Doc. No. 17-3 ¶ 5.

1

known of the defect [in the parking lot] or had received notice thereof and failed to remedy it within a reasonable time." La. Rev. Stat. § 9:3221.

Accordingly,

**IT IS ORDERED** that Defendants' motion for summary judgment is **DENIED**.

New Orleans, Louisiana, this 23rd day of September 13, 2013.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**